**Edgar Agbayani AGBAYANI, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 06–72906.

United States Court of Appeals, Ninth Circuit.

Submission Deferred May 5, 2009.

Submitted June 11, 2010.*

Filed June 11, 2010.

Gary G. Singh, Esq., Law Office of Gary G. Singh, Honolulu, HI, for Petitioner.

HI–District Counsel, Office of the District Counsel, Department of Homeland Security, Honolulu, HI, Ronald E. Le-Fevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, Chief Judge, BYBEE and CALLAHAN, Circuit Judges.

### MEMORANDUM **

The BIA did not err by concluding that petitioner is ineligible for relief under former section 212(c) of the INA. *See Abebe v. Mukasey,* 554 F.3d 1203, 1205–07 (9th Cir.2009) (en banc).

**DENIED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument, *see* Fed. R. App. P. 34(a)(2), and orders the case submitted contemporaneously with the filing of this disposition.

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.